
## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA MCCOURT, | : |
| Plaintiff, | : |
| v. | : Civ. No. 12-857-LPS |
| USA AUTO MALL, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this 27th day of September, 2016, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1.  Defendant's motion to dismiss for failure to prosecute is GRANTED. (D.I. 13)

2.  The Clerk of Court is directed to CLOSE the case.

_____
UNITED STATES DISTRICT JUDGE